1  **JASON G. REVZIN**
   Nevada Bar No. 008629
2  jason.revzin@lewisbrisbois.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Blvd., Suite 600
4  Las Vegas, Nevada  89118
   (702) 893-3383
5  (702) 893-3789 Fax
   *Counsel for Trans Union LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| RAFAEL M. RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, LLC, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:18-cv-00711-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Rafael M. Ramos ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On April 19, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 21, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint.  Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 11, 2018.

| | | |
|---|---|---|
| 1 | This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. | |
| 2 | | |

This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: May 15, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

 /s/ *Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd.,
Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC

DATED: May 15, 2018

**HAINES & KRIEGER, LLC**

 /s/ *Rachel B. Saturn*
Rachel B. Saturn
Nevada Bar No. 8653
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
Email: rachel@hainesandkrieger.com
Counsel for Plaintiff

## **ORDER**

IT IS SO ORDERED that the deadline in which Trans Union has to answer or otherwise respond to Plaintiff Rafael Ramos's Complaint, Case Number 2:18-cv-00711-JCM-NJK is extended up to and including June 11, 2018.

Dated May 16, 2018

_____
UNITED STATES MAGISTRATE JUDGE