1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RAFAEL M. RAMOS,                        )
                                        )   Case No. 2:18-cv-00711-JCM-NJK
                    Plaintiff(s),       )
                                        )   ORDER
v.                                      )
                                        )   (Docket No. 17)
SELECT PORTFOLIO SERVICING, LLC,        )
et al.,                                 )
                                        )
                    Defendant(s).       )
_____     )

     Before the Court is Plaintiff and Defendant Trans Union, LLC's notice of settlement.  Docket No. 17.  The Court **ORDERS** these parties to file a stipulation of dismissal no later than August 6, 2018.

     IT IS SO ORDERED.

     DATED: June 7, 2018

                           _____

                           NANCY J. KOPPE
                           United States Magistrate Judge