WRIGHT, FINLAY & ZAK, LLP
Ace C. Van Patten, Esq.
Nevada Bar No. 0050
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
avanpatten@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAFAEL M. RAMOS, | Case No.: 2:18-cv-00711-JCM-NJK |
| Plaintiff, | **STIPULATION TO DISMISS SELECT PORTFOLIO SERVICING, INC. WITH PREJUDICE** |
| vs. | |
| SELECT PORTFOLIO SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, | |
| Defendants. | |

Plaintiff, Rafael M. Ramos, and Defendant, Select Portfolio Servicing, Inc., who was erroneously plead as Select Portfolio Servicing, LLC ("SPS"), by and through their counsel of record, hereby Stipulate as follows:

Following the Notice of Settlement filed on May 23, 2018, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY STIPULATED AND AGREED that SPS shall be dismissed from the above captioned action, with prejudice.

///

///

///

1  IT IS FURTHER STIPULATED AND AGREED THAT each party will bear their own
2  fees and costs.
3  IT IS SO STIPULATED AND AGREED.

Dated this 23rd day of July, 2018.              Dated this 23rd day of July, 2018.

WRIGHT, FINLAY & ZAK, LLP                       HAINES & KRIEGER, LLC

*/s/ Ramir M. Hernandez*                        */s/ David Krieger*
Ace C. Van Patten, Esq.                         David Krieger, Esq.
Nevada Bar No. 11731                            Nevada Bar No. 9086
Ramir M. Hernandez, Esq.                        8985 S. Eastern Avenue, Ste. 350
Nevada Bar No. 13146                            Las Vegas, NV 89123
7785 W. Sahara Ave., Ste. 200                   *Attorney for Plaintiff, Rafael M. Ramos*
Las Vegas, NV 89117
*Attorneys for Select Portfolio Servicing, Inc.*


                                                IT IS SO ORDERED:

                                                _____
                                                UNITED STATES DISTRICT JUDGE

                                                DATED: July 25, 2018